IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40303
Summary Calendar

_____

GRAYLON E. HENDERSON,

                                                  Plaintiff-Appellant,

versus

ZEHRA PEERBHOY, Doctor, Michael Unit;
JOE SIMENTAL, Psychologist, Michael Unit;
L. HALL, Psychiatric Nurse,

                                                  Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-488
- - - - - - - - - -
July 19, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

       Graylon E. Henderson, #607102, appeals the dismissal of his civil rights suit as frivolous under 28 U.S.C. § 1915(d).  We have reviewed the record and the decision of the district court and find no abuse of discretion.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the magistrate judge and adopted by the district court.  Henderson v. Peerbhoy, No. 6:95-cv-488 (Feb. 29, 1996).

       AFFIRMED.

_____

       Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.